IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LORENZO K. PARKER, JR.,
    Plaintiff,

vs.                                   Case No. 3:12cv204/MCR/CJK

B.E. DUBOSE, et al.,
    Defendants.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 2, 2013 (doc. 32), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any,[1] the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The plaintiff's motion for preliminary injunction and temporary restraining order (doc. 28) is DENIED.

DONE AND ORDERED this 4th day of February, 2013.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] No objections have been timely filed.