IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LORENZO K. PARKER, JR.,

    Plaintiff,

vs.                    Case No. 3:12cv204/MCR/CJK

B.E. DUBOSE, et al.,

    Defendants.
    _____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 12, 2013 (doc. 62), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' motion to dismiss (doc. 52) is GRANTED.

3. This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim upon which relief may be granted.

4. The Clerk is directed to close the file.

**DONE AND ORDERED** this 3rd day of September, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**